UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUADALOPE ROGELIO PERAL MARTINES, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBERGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN,<br><br>Defendants. | Case No. 1:22-cv-08040-JLR<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

TO:   David J. Druckman [2051019]
      183 East 163rd Street
      Bronx, NY 10451
      Telephone: (718) 538-8800
      djdruckman@aol.com
      *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff accepts the offer of judgment of Defendants dated __May 9__, to allow judgment to be taken against Defendants CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBERGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN by Plaintiff in the amount of one hundred and sixty-six thousand dollars and zero cents ($243,000.00), plus reasonable attorney's fees and costs for enforcement thereof, subject to the terms and conditions of the parties' settlement agreement and release dated __May 9__, 2023.

Dated: __May 17__, 2023

_____
Clifford Tucker, Esq.
Sacco & Fillas LLP
*Attorneys for Plaintiff*
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
Tel: 718-269-2243
Email: CTucker@SaccoFillas.com