UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALOPE ROGELIO PERAL MARTINES, *individually and on behalf of others similarly situated*,

          Plaintiff,

- against -

CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN,

          Defendants.

Case No. 1:22-cv-08040-JLR

**JUDGMENT**

On _____, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, GUADALOPE ROGELIO PERAL MARTINES, has judgment against Defendants, CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN, jointly and severally, in the amount of one hundred and sixty-six thousand dollars and zero cents ($243,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated _____,2023.

Dated: _____, 2023   _____
                                                           United States District Judge Jennifer L. Rochon