UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALOPE ROGELIO PERAL MARTINES, *individually and on behalf of others similarly situated*,

                Plaintiff,

- against -

CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBERGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN,

                Defendants.

Case No. 1:22-cv-08040-JLR

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    David J. Druckman [2051019]
        183 East 163rd Street
        Bronx, NY 10451
        Telephone: (718) 538-8800
        djdruckman@aol.com
        *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff accepts the offer of judgment of Defendants dated __May 9__, to allow judgment to be taken against Defendants CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBERGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN by Plaintiff in the amount of two hundred forty three thousand and zero cents ($243,000.00), plus reasonable attorney's fees and costs for enforcement thereof, subject to the terms and conditions of the parties' settlement agreement and release dated __May 9__, 2023.

Dated: __May 18__, 2023

                                            Clifford Tucker, Esq.
                                            Sacco & Fillas LLP
                                            *Attorneys for Plaintiff*
                                            31-19 Newtown Avenue, Seventh Floor
                                            Astoria, New York 11102
                                            Tel: 718-269-2243
                                            Email: CTucker@SaccoFillas.com