UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUADALOPE ROGELIO PERAL MARTINES, *individually and on behalf of others similarly situated*, | Case No. 1:22-cv-08040-JLR |
| Plaintiff, | **JUDGMENT** |
| - against - | |
| CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN, | |
| Defendants. | |

On _____, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, GUADALOPE ROGELIO PERAL MARTINES, has judgment against Defendants, CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN, jointly and severally, in the amount of two hundred forty three thousand dollars and zero cents ($243,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated _____,2023.

Dated: _____, 2023   _____
                                              United States District Judge Jennifer L. Rochon