UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALOPE ROGELIO PERAL MARTINES, *individually and on behalf of others similarly situated*,

    Plaintiff,

- against -

CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN,

    Defendants.

Case No. 1:22-cv-08040-JLR

**JUDGMENT**

On __May 18, 2023__, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, GUADALOPE ROGELIO PERAL MARTINES, has judgment against Defendants, CAMPOS VERDES CORP. (d/b/a JIMBO'S HAMBURGER PALACE), REGULO HERNANDEZ, ERVE LUNA, and MIGUEL GUZMAN, jointly and severally, in the amount of two hundred forty three thousand dollars and zero cents ($243,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated __May 9__, 2023.

Dated: __May 19__, 2023

*Jennifer Rochon*
United States District Judge Jennifer L. Rochon